IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE A. BANKS ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. JOHANNS, SECRETARY, ) <br> U.S. DEPARTMENT OF AGRICULTURE, ) <br> ) <br>     Defendant. ) <br> ) | Civil Action No. <br> 07-1807 (RWR) |

**PROOF OF SERVICE**

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 28th day of January, 2008, via certified mail, return receipt requested, upon the Defendant as follows:

>  Charles F. Connor[1]
>  U.S. Department of Agriculture
>  Whitten Building, Room 200
>  1400 Independence Avenue, S.W.
>  Washington, DC 20250-0100

See Exhibit 1 (Copy of Certified Mail Card). I further certify that a copy of the Summons and Complaint in the above-captioned case was similarly served on the 28th day of January, 2008, upon the Attorney General as follows:

>  The Honorable Michael B. Mukasey
>  United States Attorney General
>  United States Department of Justice
>  950 Pennsylvania Avenue, N.W.
>  Washington, DC 20530-0001

---

[1] Because Charles F. Connor has replaced Michael O. Johanns as the Secretary of the U.S. Department of Agriculture, the caption in the instant action should be amended accordingly.

<u>See</u> Exhibit 2 (Copy of Certified Mail Card).  I further certify that a copy of the Summons and Complaint in the above-captioned case was similarly served on the 28th day of January, 2008, upon the United States Attorney as follows:

>The Honorable Jeffrey A. Taylor
>United States Attorney
>Judiciary Center Building
>10th Floor
>555 Fourth Street, N.W.
>Washington, DC 20350

<u>See</u> Exhibit 3 (Copy of Certified Mail Card).

                                  Respectfully Submitted,

                                    /s/
                        JOSEPH D. GEBHARDT
                            (D.C. Bar No. 113894)
                        CHARLES W. DAY, JR.
                            (D.C. Bar No. 459820)
                        GEBHARDT & ASSOCIATES, LLP
                        1101 17th Street, N.W.
                        Suite 807
                        Washington, DC 20036-4716
                        Tel: (202) 496-0400
                        Fax: (202) 496-0404

February 4, 2008            Attorneys for Plaintiff

# EXHIBIT 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles F. Connor
U.S. Dept. of Agriculture
Whitten Building, Room 200
1400 Independence Ave., S.W.
Washington, DC 20250-0100

2. Article Number
(Transfer from service label)   7006 2150 0001 8007 4359

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X PDEFlanders    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
PDEFLANDERS    1/28/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540