# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE A. BANKS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| MICHAEL O. JOHANNS, SECRETARY, ) | 07-1807 (RWR) |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PROOF OF SERVICE

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 28th day of January, 2008, via certified mail, return receipt requested, upon the Defendant as follows:

> Charles F. Connor[1]
> U.S. Department of Agriculture
> Whitten Building, Room 200
> 1400 Independence Avenue, S.W.
> Washington, DC 20250-0100

See Exhibit 1 (Copy of Certified Mail Card). I further certify that a copy of the Summons and Complaint in the above-captioned case was similarly served on the 28th day of January, 2008, upon the Attorney General as follows:

> The Honorable Michael B. Mukasey
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530-0001

---

[1] Because Charles F. Connor has replaced Michael O. Johanns as the Secretary of the U.S. Department of Agriculture, the caption in the instant action should be amended accordingly.

<u>See</u> Exhibit 2 (Copy of Certified Mail Card).  I further certify that a copy of the Summons and Complaint in the above-captioned case was similarly served on the 28th day of January, 2008, upon the United States Attorney as follows:

>The Honorable Jeffrey A. Taylor
>United States Attorney
>Judiciary Center Building
>10th Floor
>555 Fourth Street, N.W.
>Washington, DC 20350

<u>See</u> Exhibit 3 (Copy of Certified Mail Card).

                          Respectfully Submitted,

                          _____/s/_____
                          JOSEPH D. GEBHARDT
                              (D.C. Bar No. 113894)
                          CHARLES W. DAY, JR.
                              (D.C. Bar No. 459820)
                          GEBHARDT & ASSOCIATES, LLP
                          1101 17th Street, N.W.
                          Suite 807
                          Washington, DC 20036-4716
                          Tel: (202) 496-0400
                          Fax: (202) 496-0404

February 4, 2008          Attorneys for Plaintiff

**EXHIBIT 3**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>JAN 2 8 2008 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Hon. Jeffrey A. Taylor<br>United States Attorney<br>555 Fourth Street, N.W.<br>Washington, DC 20350 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) 7006 2150 0001 8007 4328 | | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |