UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE A. BANKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES F. CONNER, ACTING SECRETARY, )<br>U.S. DEPARTMENT OF AGRICULTURE, )<br>)<br>Defendant. ) | Civil Action No. 07-1807 (RWR) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Christian A. Natiello, Assistant United States Attorney, and remove the appearance of Brian Hudak, Assistant United States Attorney, as counsel for Defendant.

Respectfully submitted,

　　　/s/
Christian A. Natiello, D.C. BAR #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov