# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENISE A. BANKS, | ) |
|  | ) Civil Action No. 07-1807 (RWR) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CHARLES F. CONNER, ACTING SECRETARY, | ) |
| U.S. DEPARTMENT OF AGRICULTURE, | ) |
|  | ) |
| Defendant. | ) |

## MOTION TO ENLARGE TIME TO FILE ANSWER
## OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant, Charles F. Conner, Acting Secretary, United States Department of Agriculture, respectfully requests an additional thirty (30) days to file an answer or otherwise respond to the complaint in this case, which involves allegations of employment discrimination. This Office was served with the complaint on January 28, 2008, resulting in the current deadline of March 28, 2008. With this motion, Defendant requests a new deadline of April 25, 2008.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel. Undersigned counsel started to work in this office and in the capacity as an Assistant United States Attorney on March 17th, 2008. As such, he respectfully requests this Court for additional time to get up-to-speed on this case. Moreover, Agency Counsel has requested more time to review the case files and draft a litigation report for this case.

This is Defendant's first request to move this deadline, and the extension will not prejudice Plaintiff.

Under-signed counsel spoke with opposing counsel about this motion and opposing counsel consents to the enlargement of time.

A proposed order is attached.

March 26, 2008

Respectfully submitted,

/s/
JEFFREY A. TAYLOR D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/
CHRISTIAN A. NATIELLO, D.C. BAR #473960
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENISE A. BANKS,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES F. CONNER, ACTING SECRETARY,<br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | )<br>)<br>)   Civil Action No.  07-1807 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ON MOTION TO ENLARGE**

UPON CONSIDERATION of Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before April 25, 2008.

So ordered, this _____ day of _____ 2008.

_____
Richard W. Roberts
United States District Judge