UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENISE A. BANKS, | ) |
|  | ) |
|  | ) Civil Action No. 07-1807 (RWR) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CHARLES F. CONNER, ACTING SECRETARY, | ) |
| U.S. DEPARTMENT OF AGRICULTURE, | ) |
|  | ) |
| Defendant. | ) |

**MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, Charles F. Conner, Acting Secretary, United States Department of Agriculture, respectfully requests an additional thirty (30) days to file an answer or otherwise respond to the complaint in this case, which involves allegations of employment discrimination. This Office was served with the complaint on January 28, 2008, resulting in an original deadline of March 28, 2008. Before that date, Defendant filed a Motion to Enlarge Time to File an Answer or Otherwise Respond to the Complaint that was granted, resulting in the current deadline of April 25, 2008. With this motion, Defendant requests a new deadline of May 26, 2008.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel. The Agency's legal department is currently understaffed. Moreover, the Agency attorney assigned to the case has had prior commitments that have required the bulk of his immediate attention.

Undersigned counsel spoke with opposing counsel about this motion and opposing

counsel consents to the enlargement of time.

    A proposed order is attached.

April 18, 2008

                                            Respectfully submitted,

                                            /s/
                                        JEFFREY A. TAYLOR D.C. BAR # 498610
                                        United States Attorney

                                            /s/
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                          /s/
                                        CHRISTIAN A. NATIELLO, D.C. BAR #473960
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C. 20530
                                        (202) 307-0338
                                        christian.natiello@usdoj.gov