# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE A. BANKS, | ) |
| | ) Civil Action No. 07-1807 (RWR) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLES F. CONNER, ACTING SECRETARY, | ) |
| U.S. DEPARTMENT OF AGRICULTURE, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO ENLARGE TIME TO FILE ANSWER
## OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant, Charles F. Conner, Acting Secretary, United States Department of Agriculture, respectfully requests an additional thirty (30) days to file an answer or otherwise respond to the complaint in this case, which involves allegations of employment discrimination. The current deadline for Defendant's answer or pre-answer motion is May 26, 2008. With this motion, the new deadline would be June 26.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel. The Agency's legal department is currently understaffed. Moreover, the Agency attorney assigned to the case has had prior commitments that have required the bulk of his immediate attention. Further complicating matters, Defendant has been unable to contact three material witnesses whose knowledge of the facts in this case are crucial to the drafting of Defendant's answer. These three witnesses have left Defendant's employ and two of the three have left federal service altogether. Defendant has had a very difficult time reaching them.

Undersigned counsel has left two messages for opposing counsel but has been unable to reach him directly. As such, undersigned counsel does not know opposing counsel's position on this motion.

A proposed order is attached.

May 23, 2008

                                      Respectfully submitted,

                                      /s/
                                    JEFFREY A. TAYLOR D.C. BAR # 498610
                                    United States Attorney

                                      /s/
                                    RUDOLPH CONTRERAS, D.C. BAR #434122
                                    Assistant United States Attorney

                                      /s/
                                    CHRISTIAN A. NATIELLO, D.C. BAR #473960
                                    Assistant United States Attorney
                                    555 Fourth St., N.W.
                                    Washington, D.C. 20530
                                    (202) 307-0338
                                    christian.natiello@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE A. BANKS,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES F. CONNER, ACTING SECRETARY,<br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 07-1807 (RWR) |

**ORDER ON MOTION TO ENLARGE**

UPON CONSIDERATION of Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before June 26, 2008.

So ordered, this _____ day of _____ 2008.

_____
Richard W. Roberts
United States District Judge