IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE A. BANKS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ED SCHAFER, SECRETARY, )<br>U.S. DEPARTMENT OF AGRICULTURE, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>07-1807 (RWR) |

**NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGES OF SAID COURT:

PLEASE TAKE NOTICE of the entry of Clarissa H. Wu (D.C. Bar #975443) of the firm GEBHARDT & ASSOCIATES, LLP as an additional attorney for the Plaintiff in the above-captioned matter.

                                      Respectfully Submitted,

                                      /s/
                                JOSEPH D. GEBHARDT
                                   (D.C. Bar No. 113894)
                                CHARLES W. DAY, JR.
                                   (D.C. Bar No. 459820)
                                CLARISSA H. WU
                                   (D.C. Bar No. 975443)
                                GEBHARDT & ASSOCIATES, LLP
                                1101 17th Street, N.W.
                                Suite 807
                                Washington, DC 20036-4716
                                Tel: (202) 496-0400
                                Fax: (202) 496-0404

July 1, 2008                      Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served this 1st day of July, 2008, via electronic filing through the Court, upon counsel for Defendant as follows:

> Christian A. Natiello
> Assistant United States Attorney
> United States Attorney's Office
> 555 Fourth Street, N.W.
> Washington, DC 20530
> Tel: (202) 307-0338
> christian.natiello@usdoj.gov

                                        /s/
                                CLARISSA H. WU