```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

DENISE A. BANKS                    )
                                   )
       Plaintiff,                  )
                                   )
   v.                              )
                                   )   Civil Action No.
ED SCHAFER, SECRETARY,             )   07-1807 (RWR)
U.S. DEPARTMENT OF AGRICULTURE,    )
                                   )
       Defendant.                  )
                                   )
```

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Clarissa H. Wu (D.C. Bar #975443) as an attorney for the Plaintiff in the above-captioned matter.  (Plaintiff will continue to be represented by Joseph D. Gebhardt and Charles W. Day, Jr.)

                                            Respectfully submitted,

                                            _____/s/_____
                                            CLARISSA H. WU
                                                (D.C. Bar No. 975443)
                                            JOSEPH D. GEBHARDT
                                                (D.C. Bar No. 113894)
                                            CHARLES W. DAY, JR.
                                                (D.C. Bar No. 459820)
                                            GEBHARDT & ASSOCIATES, LLP
                                            1101 17th Street, N.W.
                                            Suite 807
                                            Washington, DC 20036-4716
                                            (202) 496-0400

July 18, 2008                            Attorneys for Plaintiff