IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE A. BANKS           )<br>                          )<br>      Plaintiff,         )<br>                          )<br>   v.                     )<br>                          )   Civil Action No.<br> ED SCHAFER, SECRETARY,    )   07-1807 (RWR)<br> U.S. DEPARTMENT OF AGRICULTURE, )<br>                          )<br>      Defendant.          )<br>                          ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Charles W. Day, Jr. in the above-captioned case.

Respectfully Submitted,

_____/s/_____
JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
CHARLES W. DAY, JR.
    (D.C. Bar No. 459820)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
Tel: (202) 496-0400
Fax: (202) 496-0404

July 24, 2008                    Attorneys for Plaintiff