## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE A. BANKS           )<br>                           )<br>     Plaintiff,          )<br>                           )<br>  v.                       )<br>                           )   Civil Action No.<br> ED SCHAFER, SECRETARY,    )   07-1807 (RWR)<br> U.S. DEPARTMENT OF AGRICULTURE, )<br>                           )<br>     Defendant.          )<br>_____) | |

**JOINT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE**

The parties, by and through undersigned counsel, hereby move this honorable Court to grant Plaintiff leave to amend her Complaint, continue the deadline for filing a Rule 16.3 Report and the Initial Scheduling Conference currently scheduled for August 8, 2008, until a date on or about October 3, 2008, at the convenience of the Court, and state as follows:

1. Plaintiff and Defendant have agreed upon past extensions of time in this case in light of two facts: 1) Plaintiff's health has been temporarily impaired and 2) Plaintiff has a pending EEO complaint in the administrative process that has only recently become ripe for filing in U.S. District Court, owing to the passage of 180 days since the filing of Plaintiff's formal EEO complaint.

2. The parties propose that Plaintiff be given leave to amend her Complaint on or before August 22, 2008, to include Plaintiff's pending administrative EEO complaint.  In turn, Defendant may have until September 22, 2008, to file his Answer, and the parties shall file a Rule 16.3 Report five business days

before the Initial Scheduling Conference on or about October 3, 2008.

3. Allowing Plaintiff to amend her Complaint and Defendant to file an Answer before filing the Rule 16.3 Report and holding the Initial Scheduling Conference in this case will conserve the resources of the Court and the parties by ensuring that all claims are consolidated before the parties proceed with discovery.

For all these reasons, the parties request this Court to grant their Joint Motion, grant Plaintiff leave to amend her Complaint, continue the deadline for filing a Rule 16.3 Report, and reschedule the Initial Scheduling Conference for a date on or about October 3, 2008. A proposed Order accompanies this Motion.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| JOSEPH D. GEBHARDT | Christian Alexander Natiello |
| (D.C. Bar No. 113894) | UNITED STATES ATTORNEY'S |
| CHARLES W. DAY, JR. | OFFICE |
| (D.C. Bar No. 459820) | 555 Fourth Street, NW |
| GEBHARDT & ASSOCIATES, LLP | Room E-4112 |
| 1101 17th Street, N.W. | Washington, DC 20006-2401 |
| Suite 807 | (202) 307-0338 |
| Washington, DC 20036-4716 | Fax: (202) 514-8780 |
| Tel: (202) 496-0400 | |
| Fax: (202) 496-0404 | Attorney for Defendant |

Attorneys for Plaintiff

August 1, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DENISE A. BANKS             ) | |
|        ) | |
|     Plaintiff,     ) | |
|        ) | |
|   v.              ) | |
|        ) | Civil Action No. |
| ED SCHAFER, SECRETARY,      ) | 07-1807 (RWR) |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
|        ) | |
|     Defendant.     ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION of the parties' Joint Motion to Continue Initial Scheduling Conference, and the full record, it is hereby this ____ day of August, 2008, **ORDERED:**

    1.   That the parties' Joint Motion is GRANTED;

    2.   That Plaintiff may file an Amended Complaint on or before August 22, 2008;

    3.   That Defendant's Answer shall be due on or before September 22, 2008;

    4.   That the parties shall file a Rule 16.3 Report at least five business days before the Initial Scheduling Conference; and that the Initial Scheduling Conference is rescheduled for _____, 2008, at ____ in Courtroom _____.

 

                                        _____
                                        RICHARD W. ROBERTS
                                        UNITED STATES DISTRICT JUDGE